**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIAN WHITAKER**, | Case No. CV 19-5833-DMG (KSx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| **ONIK KRIKOR,** | |
| Defendant. | |

The Court having declined to exercise supplemental jurisdiction over Plaintiff Brian Whitaker's state law claim and dismissed his Americans with Disabilities Act claim as moot by Order dated December 23, 2019 [Doc. # 24],

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendant Onik Krikor and against Plaintiff.

DATED: December 23, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-